This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41896**

**WESTSIDE COALITION OF NEIGHBORHOOD ASSOCIATIONS and MICHAEL T. VOORHEES,**

Appellants-Respondents/Appellees,

v.

**CITY OF ALBUQUERQUE, a New Mexico municipal corporation,**

Appellee-Petitioner/Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Lisa Chavez Ortega, District Court Judge**

Hessel Edward Yntema, III
Albuquerque, NM

for Appellees

Lauren Keefe, City Attorney
Devon P. King, Deputy City Attorney
Nicole A. Sanchez, Managing City Attorney
Albuquerque, NM

Charles V. Garcia
Carlos J. Padilla
Carl J. Waldhart
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**ATTREP, Chief Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}    IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Chief Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**ZACHARY A. IVES, Judge**